1  THOMAS E. FRANKOVICH (State Bar #074414)
   THOMAS E. FRANKOVICH
2  *A PROFESSIONAL LAW CORPORATION*
   4328 Redwood Hwy, Suite 300
3  San Rafael, CA   94903
   Telephone:    415/444-5800
4  Facsimile:    415/674-9900

5  CRAIG YATES, an individual

7               UNITED STATES DISTRICT COURT

8               NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 9  CRAIG YATES, an individual, | CASE NO. CV-10-0950-~~EDL~~ (TEH) |
| 10       Plaintiff, | STIPULATION OF DISMISSAL AND [~~PROPOSED~~] ORDER THEREON |
| 11  v. | |
| 12  MCDONALD'S #1462; MCDONALD'S of HAWAII DEVELOPMENT COMPANY, a Hawaii Limited Partnership, | |
| 15       Defendants. | |

17         The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1).  Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees.  The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement.  *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

         Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).

27  ///

28  ///

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: October 3, 2011

THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*

By: /s/ *Thomas E. Frankovich*
Thomas E. Frankovich
Attorney for CRAIG YATES, an individual

Dated: October 4, 2011

BURNHAM BROWN

By: /s/ Brendan Brownfield
Brendan Brownfield
Attorneys for MCDONALD'S #1462;
MCDONALD'S of HAWAII DEVELOPMENT
COMPANY, a Hawaii Limited Partnership

## ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

Dated: 10/4, 2011

Honorable Thelton E. Henderson
UNITED STATES DISTRICT JUDGE

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON       CASE NO. CV-10-0950-EDL (TEH)
-2-